Opinion issued December 5, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-99-00439-CV

____________


LEON JOHNSON, Appellant


V.


VICKIE LYNN VOGELSANG JOHNSON AND THE OFFICE OF THE
ATTORNEY GENERAL, Appellees







On Appeal from the 245th District Court

Harris County, Texas

Trial Court Cause No. 98-52450






O P I N I O N

 Appellant filed a motion which appeared to request this court to dismiss his
appeal. Pursuant to our November 14, 2002 order requesting clarification, appellant
filed a reply stating that "the bill of review should be dismissed." More than 10 days
has elapsed, and no objection has been filed. No opinion has issued. Accordingly,
the motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

 It is so ORDERED.

PER CURIAM

The panel consists of Justices Hedges, Keyes, and Wilson. (1) 

Do not publish. Tex. R. App. P. 47.
1.